JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-07022-MMM(Ex) | Date August 9, 2010 |

Title  Eduardo Carrillo, et al vs Stonewood Consulting Inc., et al

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None appearing    None appearing

**Proceedings:**    [In Chambers] Order Dismissing Action for Lack of Prosecution

    On September 28, 2009, plaintiffs filed the above action. On May 3, 2010, plaintiffs served the complaint on defendant James Duncan. The answer was due no later than April 30, 2010.

    To date, plaintiff has failed to prosecute the action pursuant to the Local Rules. Consequently, the court dismisses the action for Lack of Prosecution without prejudice.